UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LAWHQ, LLC, <br> THOMAS ALVORD, <br>     Plaintiffs, <br>     v. <br> G. MICHAEL WITTE, <br>     Defendant. | ) <br> ) <br> ) <br> ) Case No. 1:20-cv-00264-SEB-DLP <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF AUTOMATIC INITIAL EXTENSION OF TIME

Defendant, G. Michael Witte (Witte), by counsel, Andrea E. Rahman, Deputy Attorney General, present this notice of an extension of time to file a response to Plaintiffs' complaint pursuant to S.D. Ind. Local Rule 6-1(b).

1. Defendant Witte was served with the complaint by process server on March 2, 2020.

2. The Defendant's answer or other response to the complaint is currently due March 23, 2020.

3. Defendants' time to respond has not been previously extended, and an extension of time would not interfere with any case management plan, scheduled hearing, or other case deadline.

4. Plaintiffs' counsel has been contacted and does not object to this extension of time.

5. Pursuant to S.D. Ind. L.R. 6-1(b), Defendants' time to answer or otherwise respond to plaintiffs' complaint is extended 28 days to April 20, 2020.

                                        Respectfully Submitted,

                                        CURTIS T. HILL, JR.
                                        Attorney General of Indiana
                                        Atty. No. 13999-20

By:    Andrea E. Rahman
        Deputy Attorney General
        Attorney No. 32728-29

OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN   46204
Phone:  (317) 232-6332
FAX:     (317) 232-7979
Email:    andrea.rahman@atg.in.gov