IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LawHQ, LLC, and Thomas Alvord,<br><br>*Plaintiffs,*<br><br>v.<br><br>G. Michael Witte, in his official capacity as Executive Director of the Indiana Supreme Court Disciplinary Commission,<br><br>*Defendant.* | Case No. 1:20-cv-264-SEB-DLP<br><br>**ORDER OF DISMISSAL** |

After this case was filed, the Indiana Supreme Court amended the Indiana Rules of Professional Conduct to remove the provisions of Rule 7.5 challenged by the plaintiffs. Accordingly, this case is DISMISSED without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO ORDERED.

DATED: December _____, 2020

_____
Hon. Judge Sarah Evans Barker

CERTIFICATE OF SERVICE: Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.